Michael A. Gould (SBN 151851)
Michael@wageandhourlaw.com
Aarin A. Zeif (SBN 247088)
Aarin@wageandhourlaw.com
THE GOULD LAW FIRM
A Professional Law Corporation
161 Fashion Lane, Suite 207
Tustin, California 92780
Telephone: (714) 669-2850
Telecopier: (714) 544-0800

Attorneys for Plaintiff
DeWayne Hillman III

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE HILLMAN III, an individual, | **CASE NO.: 2:20-cv-01601-WBS-KJN** |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| UNION PACIFIC RAILROAD COMPANY, and DOES 1 through 25, | Complaint Filed: July 9, 2020<br>Trial Date: September 27. 2022 |
| Defendants. | |

1

**ORDER DISMISSING ACTION WITH PREJUDICE**

**ORDER**

Based on the Stipulation for Dismissal with Prejudice and upon a finding of good cause, the Court hereby orders this action shall be, and is voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees, expenses, and costs of court, if any.

Dated:  September 30, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**ORDER DISMISSING ACTION WITH PREJUDICE**